```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03873
    CLARENCE U RICHARD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8024

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/05/2007 and was confirmed 05/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
BEST SOURCE CREDIT UNION  CURRENT MORTG          .00             .00             .00
MIDFIRST BANK STATE SAVI  CURRENT MORTG          .00             .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           8396.14             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          12951.29             .00             .00
CITY OF CHICAGO PARKING   UNSECURED          1120.00             .00             .00
NICOR GAS                 UNSECURED          1063.24             .00             .00
KAREN E WALKER RICHARD    NOTICE ONLY       NOT FILED            .00             .00
KAREN E WALKER RICHARD    NOTICE ONLY       NOT FILED            .00             .00
MIDFIRST BANK STATE SAVI  MORTGAGE ARRE      1496.99             .00          1496.99
INTERNAL REVENUE SERVICE  UNSECURED          6188.55             .00             .00
EVELYN RICHARD            NOTICE ONLY       NOT FILED            .00             .00
MIDFIRST BANK             NOTICE ONLY       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED          1036.80             .00             .00
ILLINOIS DEPT OF REVENUE  SECURED NOT I         .00              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,434.00                         2,434.00
TOM VAUGHN                TRUSTEE                                              273.85
DEBTOR REFUND             REFUND                                               392.30

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              4,597.14

PRIORITY                                        .00
SECURED                                     1,496.99
UNSECURED                                       .00
ADMINISTRATIVE                              2,434.00
TRUSTEE COMPENSATION                          273.85
DEBTOR REFUND                                 392.30
                     ---------------      ---------------
TOTALS               4,597.14               4,597.14

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03873 CLARENCE U RICHARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE